**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6666**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

CHARLES G. CANADY,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (7:02-cr-00127-F-2)

_____

Submitted:  September 19, 2013      Decided:  September 26, 2013

_____

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles G. Canady, Appellant Pro Se.  Edward D. Gray, Ethan A.
Ontjes, Assistant United States Attorneys, Raleigh, North
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles G. Canady appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Canady</u>, No. 7:02-cr-00127-F-2 (E.D.N.C. Apr. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>